UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  Larry Scott Rogers                                                CASE NO

                                                                          CHAPTER   7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __3/9/16__                          Signature _____
                                                   *Larry Scott Rogers*

Date _____                Signature _____

1&1 Internet, Inc.
701 Lee Road, Suite 300
Chesterbrook, PA 19087


A&S Estate
2115 Glenn Lakes Lane
Missouri City, TX 77459


American Express
P.O. Box 297879
Ft. Lauderdale, FL 33329-7879


Bethel Enterprises
3005 Pasadena Freeway
Pasadena, Texas 77503


Brian P. Kopp
Betras, Kopp & Harshman, LLC
4820 W. Kennedy Blvd., Suite 450
Tampa, FL 33609


Cabbage Ink


Chalea Marie Rogers
4400 College Park Drive, No. 727
The Woodlands, Texas 77384


Chalea Marie Rogers
4400 College Park, #718
The Woodlands, Texas 77384


Citi Wide Merchant Advances
188 Park Ave, Suite B
Amityville, NY 11701-2755

Consolidated Communications
P.O. Box 1568
Conroe, TX 77305-1568


D. Chris VanCampen
VanCampen Law Office, LLC
862 Saphire Drive
Morgan, UT 84050


DHL
16592 Collections Center Drive
Chicago, IL 60693


DSRM National Bank
P.O. Box 300
Amarillo, TX 79105-0300


First Savings Credit Card
PO Box 2509
Omaha NE 68103-2509


Hashmukhlal D. and Tinaben H. Patel
102 Meadow Run Drive
Conroe, TX 77384


Hashmukhlal D. and Tinaben H. Patel


Honda Financial Services
Lockbox #7829
2080 Cabot Blvd., West
Langhorne, PA 19047


Idea Innovators, LLC
3773 Howard Hughes Parkway
South Tower Suite 500
Las Vegas, NV 89169-6014

Internal Revenue Service
Department fo Treasury
Memphis, TN 38101-0069


IOU Central
600 Town Park Lane, Suite 100
Kennesaw, GA 30144


Karmidable, LLC
2451 S. 600 W #500
South Salt Lake, UT 84115


Larry A. Rogers
114 North Country Gate Circle
Conroe, TX 77384


Lynn E. Esposito
26000 Budde Road
The Woodlands, TX 77380


Meritcard Solutions
311 S. Cesar Chavez Blvd
Dallas, TX 75201


Midland Credit Management, INc.
2365 Northside Drive, Suite 300
San Diego, CA 92108


One Main Financial
1302 Davis
Town Center North, Suite E
Conroe, TX 77305


Orion Payment Systems
14340 Torrey Chase Blvd. #170
Houston, TX 77014

RR Donnelley Logistics Services Worldwid
35 W. Wacker Drive
Chicago, IL 60601


Secretary of State of Texas
PO Box 12887
Austin, TX 78711-2887


SST
4315 Pickett Road
PO Box 3999
St. Joseph, MO 64503-0999


State Farm
PO Box 44110
Jacksonville FL 32231-4110


Stripe.com


TD Auto Finance
PO Box 16035
Lewiston, ME 04243-9517


True Accord d/b/a Fundbox
153 Maiden Lane, 3rd Floor
San Francisco, CA 94108


Verizon
PO Box 4001
Acworth, GA 30101


Williams Holding Corporation
801 West Bloomingdale Ave
Brandon FL 33511