**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

ENTERED
03/10/2016

IN RE:  **Larry Scott Rogers**              §    **BANKRUPTCY NO.  16-31237**
                                                              §

# ORDER:  POSSIBLE FUTURE DISMISSAL OF CASE

1.      11 U.S.C. §521(a) requires Debtors to file certain information.  Fed. R. Bankr. P. 1007(c) requires Debtors to file the list of creditors with the petition and requires Debtors to file the balance of the documents required by §521(a)(1) within 14 days after the petition date, unless extended for good cause shown.

2.      The Clerk has determined that the Debtor(s) has failed to file the following documents:

- Form 106A/B, Schedule A/B (Property)
- Form 106C, Schedule C (The Property  You Claim as Exempt)
- Form 106D, Schedule D (Creditors Who Have Claims Secured by Property)
- Form 106E/F, Schedule E/F (Creditors Who Have Unsecured Claims)
- Form 106G, Schedule G (Executory Contracts and Unexpired Leases)
- Form 106H, Schedule H (Your Codebtors)
- Form 106H, Schedule I (Your Income)
- Form 106J, Schedule J (Your Expenses)
- Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy
- Form 122A-1, B or C-1, as applicable to the chapter (Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income)
- Copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor(s) from any employer of the debtor(s).
- Debtor(s) has failed to submit the verified statement that sets out the debtor's social security number or that the debtor(s) has no social security number as required under Fed.R.Bankr.P. 1007(f).

3.      The Court orders that the foregoing documents must be filed timely.

4.      11 U.S.C. §521(i) requires the "automatic dismissal" of voluntary bankruptcy cases filed by individuals who are in chapter 7 or chapter 13 bankruptcy cases who do not file all of the information required by §521(a)(1).  Additionally, if the Debtor(s) **does not comply with this order, the case will be dismissed without further notice.**

5.     A party must either satisfy the deficiency or file a pleading denying the existence of the deficiency.

Signed March 10, 2016.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**NOTICE**

11 U.S.C. § 521(a)(1)(B)(iv) requires a debtor to file "copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor."  It appears that the debtor in this case has failed to file the payment advices required by § 521(a)(1)(B)(iv).

If the debtor did not have an employer during the 60 days before the date of the filing of the petition, the debtor may file a statement in the form attached to this notice.  The statement must be filed with the clerk of the Court within 45 days after the petition was filed in this case.

Relief from the requirements of § 521 (a)(1)(B)(iv) must be sought in writing, by a motion filed within 45 days of the date the petition was filed in this case.

If the debtor fails to file the required payment advices or the statement in the form attached to this notice, the case will be dismissed effective as of the 46th day following the petition date.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

**In re:**                                          §                    **Case No.**
                                                    §

**DEBTOR'S RESPONSE TO**
**ORDER REGARDING NECESSITY OF FILING PAYMENT ADVICES**

     My name is _____. I am a debtor in this bankruptcy case.  I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition.  If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on _____ (date).


_____
Signature of Debtor


_____
Signature of Joint Debtor (if joint case)

B 21 (Official Form 21) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In re _____,  §
     [Set forth here all names including married, maiden,  §
     and trade names used by debtor within last 8 years]  §
                                   §
                       Debtor  §  Case No. _____
Address  §
                                   §  Chapter _____
Last four digits of Social-Security or Individual Taxpayer-  §
Identification (ITIN) No(s).,(if any): _____  §
                                   §
Employer Tax-Identification (EIN) No(s).(if any):  §
     _____  §
                                   §

### STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*[*]

1.  Name of Debtor (Last, First, Middle): _____
    *(Check the appropriate box and, if applicable, provide the required information.)*
      ☐ Debtor has a Social-Security Number and it is: _____
                                  *(If more than one, state all.)*
      ☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
         Number (ITIN), and it is: _____
                                  *(If more than one, state all.)*
      ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2.  Name of Joint Debtor (Last, First, Middle): _____
    *(Check the appropriate box and, if applicable, provide the required information.)*
      ☐ Joint Debtor has a Social-Security Number and it is: _____
                                  *(If more than one, state all.)*
      ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
         Number (ITIN) and it is: _____
                                  *(If more than one, state all.)*
      ☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
         Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

    X _____
          Signature of Debtor               Date

    X _____
          Signature of Debtor               Date

_____

[*] *Joint debtors must provide information for both spouses.*
*Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.*