| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Larry** <br> First Name | **Scott** <br> Middle Name | **Rogers** <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | | | |
| Case number <br> (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                            12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

    ☑ No. Go to Part 2.
    ☐ Yes. Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................➔ **$0.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

    ☐ No
    ☑ Yes

| 3.1. | | Who has an interest in the property? <br> Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|
| Make: | Mercedes | ☑ Debtor 1 only | | |
| Model: | ML | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Year: | 2011 | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | 95,000 | ☐ At least one of the debtors and another | $15,000.00 | $15,000.00 |
| Other information: <br> 2011 Mercedes ML (approx. 95000 miles) | | ☐ Check if this is community property (see instructions) | | |

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☐ No
    ☑ Yes

| 4.1. | | Who has an interest in the property? <br> Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|
| Make: | Honda | ☑ Debtor 1 only | | |
| Model: | 420CC | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Year: | 2013 | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: <br> 2013 Honda 420CC | | ☐ At least one of the debtors and another | $5,000.00 | $5,000.00 |
| | | ☐ Check if this is community property (see instructions) | | |

Official Form 106A/B                        Schedule A/B: Property                                      page 1

Debtor 1   **Larry**          **Scott**         **Rogers**                              Case number (if known) _____
            First Name         Middle Name        Last Name

| 4.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | Yamaha | ☑ Debtor 1 only | | |
| Model: | AR230 HD | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2008 | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | $20,000.00 | $20,000.00 |
| 2008 Yamaha AR230 HD | | | | |
| | | ☐ Check if this is community property (see instructions) | | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................. ➔    $40,000.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe..... **Appliances, furniture**                                                     $7,500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe..... **Television, Stereo, DVD player, gamer, cell phones, computers**            $3,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe..... **12 gauge shotgun**                                                        $100.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..... **Clothing**                                                                $3,000.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe..... **Jewelry**                                                                 $500.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

| Debtor 1 | Larry | Scott | Rogers | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

14. Any other personal and household items you did not already list, including any health aids you did not list

☑ No
☐ Yes. Give specific information............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here........................................................................ →  $14,100.00

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes......................................................................................................... Cash: ............ $100.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes............................ Institution name:

    | | | | |
    |---|---|---|---|
    | 17.1. | Checking account: | checking account of wife BBVA Compass | Unknown |
    | 17.2. | Savings account: | Savings account of wife at BBVA Compass | Unknown |
    | 17.3. | Savings account: | Savings account of wife at Sallie Mae | Unknown |
    | 17.4. | Other financial account: | Midsouth 3632091 | $50.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No
    ☑ Yes............................ Institution or issuer name:

    Ameritrade                                                                                          Unknown

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them............. Name of entity:                       % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them............. Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately.   Type of account:   Institution name:

    401(k) or similar plan: **401(k) or similar plan of Wife at her workplace**                     Unknown

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes............................ Institution name or individual:

Security deposit on rental unit: **Security deposit on rental unit** _____ $6,000.00

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: $0.00
State: $0.00
Local: $0.00

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: $0.00
Maintenance: $0.00
Support: $0.00
Divorce settlement: $0.00
Property settlement: $0.00

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

Debtor 1 **Larry** **Scott** **Rogers**     Case number (if known) _____
        First Name    Middle Name    Last Name

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value...............

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Term policy | Family | $0.00 |
    | Wife's insurance policy | Unknown | Unknown |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

    ☑ No
    ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim........ **See continuation page(s).**     $10,000.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☑ Yes. Describe each claim........ **Claims against Karmidible, LLC**     Unknown

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................→    **$16,150.00**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe..

41. **Inventory**

    ☑ No
    ☐ Yes. Describe..

Debtor 1  **Larry**         **Scott**         **Rogers**         Case number (if known) _____
          First Name        Middle Name       Last Name

42. **Interests in partnerships or joint ventures**

    ☐ No
    ☑ Yes. Describe..... Name of entity:                                      % of ownership:

    Idea Innovators, LLC (should be ownership of 50% but
    unsure of status)                                                          50%                    Unknown

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
         ☐ No
         ☐ Yes. Describe.....

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
    attached for Part 5. Write that number here............................................................................→  **$0.00**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

                                                                                           Current value of the
                                                                                           portion you own?
                                                                                           Do not deduct secured
                                                                                           claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No
    ☐ Yes....

48. **Crops--either growing or harvested**

    ☑ No
    ☐ Yes. Give specific information..............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No
    ☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No
    ☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information..............

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
    attached for Part 6. Write that number here............................................................................→  **$0.00**

Debtor 1  <u>Larry</u>         <u>Scott</u>         <u>Rogers</u>                  Case number (if known) _____
          First Name    Middle Name    Last Name

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here............................................. → | $0.00 |

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2............................................................................................................................. → $0.00

56. Part 2: Total vehicles, line 5                                  $40,000.00

57. Part 3: Total personal and household items, line 15          $14,100.00

58. Part 4: Total financial assets, line 36                       $16,150.00

59. Part 5: Total business-related property, line 45              $0.00

60. Part 6: Total farm- and fishing-related property, line 52     $0.00

61. Part 7: Total other property not listed, line 54           + $0.00

62. Total personal property.  Add lines 56 through 61..........  | $70,250.00 |  Copy personal property total → + $70,250.00

63. Total of all property on Schedule A/B.    Add line 55 + line 62............................................................... | $70,250.00 |

Debtor 1   **Larry**   **Scott**   **Rogers**   Case number (if known) _____
           First Name  Middle Name  Last Name

### 33. Claims against third parties (details):

| | |
|---|---:|
| Claims against Karmidable, LLC and Interclick Marketing, LLC and its managers and members, including Kenny Gregg, Reed Larsen, Neil Twa, for fraud, breach of contract, breach of fiduciary duty, etc. | Unknown |
| Claims against Jeris Coleman theft of $10000 | $10,000.00 |
| Claims against David Arnett for theft of trade secrets, breach of fiduciary duty, breach of contract, etc. | Unknown |
| Claims against Williams Holding Company | Unknown |