Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Larry** | **Scott** | **Rogers** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**Chalea Marie Rogers**
Creditor's name
**4400 College Park Drive, No. 727**
Number     Street

_____

**The Woodlands   TX   77384**
City           State   ZIP Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:
unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Notice Only**

Last 4 digits of account number ___ ___ ___ ___

Column A: $0.00     Column B: $0.00

Add the dollar value of your entries in Column A on this page. Write that number here:     $0.00

Official Form 106D     Schedule D: Creditors Who Have Claims Secured by Property     page 1

Debtor 1 **Larry** **Scott** **Rogers**
First Name / Middle Name / Last Name

Case number (if known) _____

### Part 1: Additional Page

After listing any entries on this page, number them sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

---

**2.2**

**Honda Financial Services**
Creditor's name
**Lockbox #7829**
Number   Street
**2080 Cabot Blvd., West**

**Langhorne**   **PA**   **19047**
City   State   ZIP Code

Describe the property that secures the claim:
**2013 Honda 420CC**

Amount of claim: **$0.00**   Value of collateral: **$5,000.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

---

**2.3**

**SST**
Creditor's name
**4315 Pickett Road**
Number   Street
**PO Box 3999**

**St. Joseph**   **MO**   **64503-0999**
City   State   ZIP Code

Describe the property that secures the claim:
**2008 Yamaha AR230 HD**

Amount of claim: **$26,404.66**   Value of collateral: **$20,000.00**   Unsecured: **$6,404.66**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here: **$26,404.66**

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 2

Debtor 1  **Larry**           **Scott**            **Rogers**               Case number (if known) _____
         First Name          Middle Name          Last Name

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | | | |

| 2.4 | Describe the property that secures the claim: | $0.00 | $15,000.00 | |
|---|---|---|---|---|

**TD Auto Finance**
Creditor's name
**PO Box 16035**
Number   Street

2011 Mercedes ML (approx 95000 miles)

**Lewiston**        **ME**   **04243-9517**
City                State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:       $0.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:       $26,404.66

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 3

Debtor 1 **Larry**     **Scott**     **Rogers**     Case number (if known) _____
First Name     Middle Name     Last Name

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **Lynn E. Esposito** | On which line in Part 1 did you enter the creditor? | **2.1** |
|---|---|---|---|
| | Name | | |
| | **26000 Budde Road** | Last 4 digits of account number | ___ ___ ___ ___ |
| | Number    Street | | |
| | | | |
| | **The Woodlands**    **TX**    **77380** | | |
| | City          State    ZIP Code | | |