**Fill in this information to identify your case:**

Debtor 1      <u>Larry</u>          <u>Scott</u>          <u>Rogers</u>
              First Name      Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name     Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No
       ☑ Yes

   In which community state or territory did you live?  **Texas**   Fill in the name and current address of that person.

   **Chalea Marie Rogers**
   Name of your spouse, former spouse, or legal equivalent
   **4400 College Park, #718**
   Number     Street

   **The Woodlands**            **TX**    **77384**
   City                         State     ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor                              *Column 2:* The creditor to whom you owe the debt

                                                          Check all schedules that apply:

   3.1  **Cabbage Ink**
        Name                                              ☑ Schedule D, line  **2.1**
                                                          ☐ Schedule E/F, line
        Number   Street                                   ☐ Schedule G, line
                                                          **Chalea Marie Rogers**
        City             State       ZIP Code

   3.2  **Chalea Marie Rogers**
        Name                                              ☐ Schedule D, line
        **4400 College Park Drive, No. 727**              ☑ Schedule E/F, line  **4.13**
        Number   Street                                   ☐ Schedule G, line
                                                          **Hashmukhlal D. and Tinaben H. Patel**
        **The Woodlands**         **TX**    **77384**
        City                      State     ZIP Code

Official Form 106H              Schedule H: Your Codebtors                   page 1

Case 16-31237    Document 16    Filed in TXSB on 03/16/16    Page 2 of 5

| Debtor 1 | Larry | Scott | Rogers | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page to List More Codebtors**

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt

Check all schedules that apply:

**3.3**
Idea Innovators, LLC
Name
3773 Howard Hughes Parkway
Number    Street
South Tower Suite 500

Las Vegas    NV    89169-6014
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.15
☐ Schedule G, line _____
**Karmidable, LLC**

**3.4**
Larry A. Rogers
Name
114 North Country Gate Circle
Number    Street

Conroe    TX    77384
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.33
☐ Schedule G, line _____
**Williams Holding Corporation**

**3.5**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number    Street

The Woodlands    TX    77384
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  5.1
☐ Schedule G, line _____
**Brian P. Kopp**

**3.6**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number    Street

The Woodlands    TX    77384
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.5
☐ Schedule G, line _____
**Captial One Bank**

**3.7**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number    Street

The Woodlands    TX    77384
City    State    ZIP Code

☑ Schedule D, line  2.1
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Chalea Marie Rogers**

**3.8**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number    Street

The Woodlands    TX    77384
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.8
☐ Schedule G, line _____
**Credit One Bank**

**3.9**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number    Street

The Woodlands    TX    77384
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  5.2
☐ Schedule G, line _____
**D. Chris VanCampen**

### Additional Page to List More Codebtors

**Column 1:** Your codebtor

**Column 2:** The creditor to whom you owe the debt

Check all schedules that apply:

**3.10**
Name: Rogers, Chalea Marie
Number Street: 4400 College Park, #718
City: The Woodlands  State: TX  ZIP Code: 77384

☐ Schedule D, line _____
☑ Schedule E/F, line 4.9
☐ Schedule G, line _____
**DHL**

**3.11**
Name: Rogers, Chalea Marie
Number Street: 4400 College Park, #718
City: The Woodlands  State: TX  ZIP Code: 77384

☐ Schedule D, line _____
☑ Schedule E/F, line 4.11
☐ Schedule G, line _____
**First Savings Credit Card**

**3.12**
Name: Rogers, Chalea Marie
Number Street: 4400 College Park, #718
City: The Woodlands  State: TX  ZIP Code: 77384

☐ Schedule D, line _____
☑ Schedule E/F, line 4.12
☐ Schedule G, line _____
**Greater Networks, LLC**

**3.13**
Name: Rogers, Chalea Marie
Number Street: 4400 College Park, #718
City: The Woodlands  State: TX  ZIP Code: 77384

☐ Schedule D, line _____
☑ Schedule E/F, line 4.13
☐ Schedule G, line _____
**Hashmukhial D. and Tinaben H. Patel**

**3.14**
Name: Rogers, Chalea Marie
Number Street: 4400 College Park, #718
City: The Woodlands  State: TX  ZIP Code: 77384

☑ Schedule D, line 2.2
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Honda Financial Services**

**3.15**
Name: Rogers, Chalea Marie
Number Street: 4400 College Park, #718
City: The Woodlands  State: TX  ZIP Code: 77384

☐ Schedule D, line _____
☑ Schedule E/F, line 2.1
☐ Schedule G, line _____
**Internal Revenue Service**

**3.16**
Name: Rogers, Chalea Marie
Number Street: 4400 College Park, #718
City: The Woodlands  State: TX  ZIP Code: 77384

☐ Schedule D, line _____
☑ Schedule E/F, line 4.16
☐ Schedule G, line _____
**Larkland Morley**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.17**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number   Street

The Woodlands   TX   77384
City            State  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **5.3**
☐ Schedule G, line _____
**Merchant Services**

**3.18**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number   Street

The Woodlands   TX   77384
City            State  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.17**
☐ Schedule G, line _____
**Meritcard Solutions**

**3.19**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number   Street

The Woodlands   TX   77384
City            State  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.18**
☐ Schedule G, line _____
**Midland Credit Management, INc.**

**3.20**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number   Street

The Woodlands   TX   77384
City            State  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.23**
☐ Schedule G, line _____
**Ryan Stenn**

**3.21**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number   Street

The Woodlands   TX   77384
City            State  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.24**
☐ Schedule G, line _____
**Sandra McCartney**

**3.22**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number   Street

The Woodlands   TX   77384
City            State  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.26**
☐ Schedule G, line _____
**SST**

**3.23**
Rogers, Chalea Marie
Name
4400 College Park, #718
Number   Street

The Woodlands   TX   77384
City            State  ZIP Code

☑ Schedule D, line **2.3**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**SST**

| Debtor 1 | Larry | Scott | Rogers | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page to List More Codebtors**

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt

Check all schedules that apply:

**3.24**
Name: **Rogers, Chalea Marie**
Number Street: **4400 College Park, #718**
City: **The Woodlands**  State: **TX**  ZIP Code: **77384**

☐ Schedule D, line _____
☑ Schedule E/F, line **4.27**
☐ Schedule G, line _____
**State Farm**

**3.25**
Name: **Rogers, Chalea Marie**
Number Street: **4400 College Park, #718**
City: **The Woodlands**  State: **TX**  ZIP Code: **77384**

☑ Schedule D, line **2.4**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**TD Auto Finance**

**3.26**
Name: **Rogers, Chalea Marie**
Number Street: **4400 College Park, #718**
City: **The Woodlands**  State: **TX**  ZIP Code: **77384**

☐ Schedule D, line _____
☑ Schedule E/F, line **4.29**
☐ Schedule G, line _____
**Towers Woodland**

**3.27**
Name: **Rogers, Chalea Marie**
Number Street: **4400 College Park, #718**
City: **The Woodlands**  State: **TX**  ZIP Code: **77384**

☐ Schedule D, line _____
☑ Schedule E/F, line **4.31**
☐ Schedule G, line _____
**Tumi Hawkins**

**3.28**
Name: **Rogers, Chalea Marie**
Number Street: **4400 College Park, #718**
City: **The Woodlands**  State: **TX**  ZIP Code: **77384**

☐ Schedule D, line _____
☑ Schedule E/F, line **4.32**
☐ Schedule G, line _____
**Verizon**