IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-31237-H2-7 |
| | § | |
| LARRY SCOTT ROGERS | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

**TRUSTEE'S NOTICE OF ABANDONMENT
OF PROPERTY OF THE ESTATE**

**NOTICE PURSUANT TO LOCAL RULE 9013**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

You are hereby notified that the Trustee of the above-captioned estate intends to abandon property of the estate not less than twenty (21) days from the date hereof for the reason that such property is of inconsequential value or benefit to the estate, pursuant to 11 U.S.C. § 554(a). This notice shall serve as the Trustee's Application to Abandon Property of the Estate. The property which is to be abandoned is described as follows:

   Claims against Karmidible, LLC, Interclick Marketing, LLC, Kenny Gregg, Reed Larsen, Neil Twa and related parties for fraud, breach of contract, breach of fiduciary duty, etc.

   Claims against Jerris Coleman, David Arnett and Williams Holding Company.

The Debtor ran a business that bought overstocked merchandise from retailers like Macys and Target which he would then sell on Ebay other online outlets. He also developed an online course relating to such sales. The potential claims relate to fraud for usurping the Debtor's business. The Trustee has investigated the matter and has conferred with potential special counsel regarding representation of the estate on a contingency fee basis. The Trustee has been unable to locate

counsel willing to undertake the case.  The estate otherwise has no assets or funds with which to pay counsel.  Based on the foregoing, the Trustee believes the claims have no value to the estate and should be abandoned.

                Respectfully submitted,

                */s/ Timothy L. Wentworth*
                TIMOTHY L. WENTWORTH
                State Bar. No. 21179000

OF COUNSEL:
CAGE, HILL & NIEHAUS, L.L.P.
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone: (713) 789-0500
Telecopier: (713)974-0344
ATTORNEYS FOR
LOWELL T. CAGE, TRUSTEE

## CERTIFICATE OF SERVICE

     I hereby certify that on or before April 20, 2017, a true and correct copy of the *Trustee's Notice of Abandonment of Property of the Estate* was served through the Court's BK/ECF system or by United States mail to all the parties identified on the attached service list.

                */s/ Timothy L. Wentworth*
                TIMOTHY L. WENTWORTH

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 16-31237<br>Southern District of Texas<br>Houston<br>Fri Jun 17 10:42:30 CDT 2016 | Systems & Services Technologies, Inc. as ser<br>14841 Dallas Parkway Suite 300<br>Dallas, TX 75254-7883 | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| 1&1 Internet, Inc.<br>701 Lee Road, Suite 300<br>Chesterbrook, PA 19087-5612 | A&S Estate<br>2115 Glenn Lakes Lane<br>Missouri City, TX 77459-4434 | American Express<br>P.O. Box 297879<br>Ft. Lauderdale, FL 33329-7879 |
| Bethel Enterprises<br>3005 Pasadena Freeway<br>Pasadena, Texas 77503-1004 | Brian P. Kopp<br>Betras, Kopp & Harshman, LLC<br>4820 W. Kennedy Blvd., Suite 450<br>Tampa, FL 33609 | Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chalea Marie Rogers<br>4400 College Park Drive, No. 727<br>The Woodlands, Texas 77384-4375 | Chalea Marie Rogers<br>4400 College Park, #718<br>The Woodlands, Texas 77384-4375 |
| Citi Wide Merchant Advances<br>188 Park Ave, Suite B<br>Amityville, NY 11701-2755 | Consolidated Communications<br>P.O. Box 1568<br>Conroe, TX 77305-1568 | Credit One Bank<br>PO Box 98872<br>Las Vegas NV 89193-8872 |
| D. Chris VanCampen<br>VanCampen Law Office, LLC<br>862 Saphire DriveMorgan, UT 84050 | DHL<br>16592 Collections Center Drive<br>Chicago, IL 60693-0165 | DSRM National Bank<br>P.O. Box 300<br>Amarillo, TX 79105-0300 |
| First Savings Credit Card<br>PO Box 2509<br>Omaha NE 68103-2509 | Greater Networks, LLC<br>c/o Zachary O. Young<br>2007 N. Phillips Road<br>Nixa, MO 65714-7244 | Hashmukhlal D. and Tinaben H. Patel<br>102 Meadow Run Drive<br>Conroe, TX 77384-5606 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | IOU Central<br>600 Town Park Lane, Suite 100<br>Kennesaw, GA 30144-3736 | Idea Innovators, LLC<br>3773 Howard Hughes Parkway<br>South Tower Suite 500<br>Las Vegas, NV 89169-0949 |
| Internal Revenue Service<br>Department of Treasury<br>Memphis, TN 38101-0069 | Karmidable, LLC<br>2451 S. 600 W #500<br>South Salt Lake, UT 84115-2973 | Larkland Morley<br>3561 Homestead Road, No. 353<br>Santa Clara, CA 95051-5161 |
| Larry A. Rogers<br>114 North Country Gate Circle<br>Conroe, TX 77384-4670 | Lynn E. Esposito<br>26000 Budde Road<br>The Woodlands, TX 77380-2014 | Merchant Services<br>PO Box 8010<br>Hagerstown, MD 21741-6010 |

| | | |
|---|---|---|
| Meritcard Solutions<br>311 S. Cesar Chavez Blvd<br>Dallas, TX 75201-5805 | Midland Credit Management, INC.<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108-2709 | One Main Financial<br>1302 Davis<br>Town Center North, Suite E<br>Conroe, TX 77304-2340 |
| Orion Payment Systems<br>14340 Torrey Chase Blvd. #170<br>Houston, TX 77014-1044 | Person Investment Group LLC<br>c/o Branch Bank & Trust Co.<br>1401 Morganton Road<br>Fayetteville, NC 28305-4733 | RR Donnelley Logistics Services Worldwid<br>35 W. Wacker Drive<br>Chicago, IL 60601-1723 |
| Ryan Stenn<br>PO Box 184<br>New Almaden, CA 95042-0184 | (p)FINANCIAL INSTITUTION LENDING OPTIONS<br>550 BAY VIEW RD STE A<br>PO BOX 750<br>MUKWONAGO WI 53149-0750 | Secretary of State of Texas<br>PO Box 12887<br>Austin, TX 78711-2887 |
| State Farm<br>PO Box 44110<br>Jacksonville FL 32231-4110 | Stripe.com<br>3180 18th Street<br>San Francisco, CA 94110-2043 | TD Auto Finance<br>PO Box 16035<br>Lewiston, ME 04243-9517 |
| Towers Woodland<br>366 FM 1488 Road<br>The Woodlands, TX 77384-4185 | True Accord d/b/a Fundbox<br>153 Maiden Lane, 3rd Floor<br>San Francisco, CA 94108-5301 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Verizon<br>PO Box 4001<br>Acworth, GA 30101-9002 | Williams Holding Corporation<br>801 West Bloomingdale Ave<br>Brandon FL 33511-7701 | David D Ritter<br>Kennedy Law, LLP<br>1445 Ross Avenue, Suite 2750<br>Dallas, TX 75202-2756 |
| Larry Scott Rogers<br>322 Arbor Trail Lane<br>Conroe, TX 77384-3727 | Lowell T Cage<br>Cage Hill and Niehaus LLP<br>5851 San Felipe<br>Suite 950<br>Houston, TX 77057-8021 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Honda Financial Services<br>Lockbox #7829<br>2080 Cabot Blvd.,<br>WestLanghorne, PA 19047 | SST<br>4315 Pickett Road<br>PO Box 3999<br>St. Joseph, MO 64503-0999 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

CASE NO.  16-31237-H2-7
LARRY SCOTT ROGERS
RETURNED MAIL / PARTIES REQUESTING NOTICE
AS OF 06/17/16

***Addresses on this list are redacted from the Mailing Matrix but parties listed below have been served in accordance with the Certificate of Service attached hereto.***

**Parties Requesting Notice**
Stephen G.  Wilcox
Wilcox Law, PLLC
PO Box 201849
Arlington, TX 76006
swilcox@wilcoxlaw.net